JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITNEY MILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: CV 20-1857 MWF (PDx)<br><br>ORDER ON JOINT STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE |

**ORDER**

Pursuant to the joint stipulation of the parties and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that above captioned action be dismissed in its entirety with prejudice, each of the parties to bear their own attorney's fees and costs.

    IT IS SO ORDERED.

Dated: March 10, 2021

                                            MICHAEL W. FITZGERALD
                                            United States District Judge